IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY J. LATUSKY, | CIV. S-03-417-DFL-PAN |
| Plaintiff, | |
| v. | <u>ORDER RE DISPOSITION AFTER</u><br><u>NOTIFICATION OF SETTLEMENT</u> |
| SOLANO COUNTY, et al., | |
| Defendants. | |

The court has been advised by Michael W. Pott, Esq., that this action has been settled. Therefore, it is not necessary that the action remain upon the court's active calendar.

Accordingly, IT IS ORDERED:

1. That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than May 27, 2005, and,

///

1

```
 1        2.   That all hearing dates previously set in this matter
 2   are vacated.
 3        IT IS SO ORDERED.
 4   Dated:  5/6/2005
```

_/s/ David F. Levi_
DAVID F. LEVI
United States District Judge