**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Terence J. Cassidy, SBN 099180
Michael W. Pott, SBN 186156
Ernest H. Tuttle, SBN 214932
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

Attorneys for Defendants
COUNTY OF SOLANO, GARY STANTON, and
RICK C. FULLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY J. LASTUSKY, | Case No.: CIV S 03-0417 DFL PAN |
| Plaintiff, | **STIPULATION OF DISMISSAL AND PROPOSED ORDER** |
| v. | |
| COUNTY OF SOLANO; GARY STANTON, Sheriff, in his official and individual capacities; RICK C. FULLER, Undersheriff, in his official and individual capacities, | |
| Defendants. | Complaint Filed: 03/05/03 |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice as to all claims and all parties pursuant to FRCP 41(a)(1) and (2).

Dated: October 5, 2005

MASTAGNI, HOLSTEDT & AMICK
A Professional Corporation

By: /s/ Christopher W. Miller
Christopher W. Miller

Dated: October 5, 2005

PORTER, SCOTT, WEIBERG AND DELEHANT
A Professional Corporation

By: /s/ Michael W. Pott
Michael W. Pott, Attorney for Defendants
COUNTY OF SOLANO, GARY STANTON, and RICK C. FULLER

1

00376093.WPD         STIPULATION OF DISMISSAL

1
2
3  **IT IS SO ORDERED.**
4  Dated: 10/7/2005
5
6
7  _____
   DAVID F. LEVI
8  United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

00376093.WPD            STIPULATION OF DISMISSAL